United States District Court
Southern District of Texas
**ENTERED**
November 13, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GERSON JAVIER BARRERA LAZARO, | § | |
| | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-7378 |
| | § | |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Counsel for the petitioner has filed a Motion for Voluntary Dismissal, asking that this matter be dismissed Under Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Docket Entry No. 7). The motion (Docket Entry No. 7) is **granted**. Under Rule 41(a)(2) of the Federal Rules of Civil Procedure, this case is **dismissed without prejudice**. Any pending motions are **denied as moot**.

SIGNED on November 12, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge